UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT 11 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:17CR455 JAR/DDN |
| DANIEL HARRIS, | ) |
| Defendant. | ) |

## INDICTMENT
## COUNT ONE

The Grand Jury charges that:

On or about March 15, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**DANIEL HARRIS,**

the defendant herein, by force and violence, or by intimidation, takes from the person and presence of an employee of St. Louis Community Credit Union, United States currency, belonging to and in the care, custody, control, management and possession of the St. Louis Community Credit Union, a credit union whose deposits were then insured by the National Credit Union Administration Board.

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

_____
FOREPERSON

JEFFERY B. JENSEN
Acting United States Attorney

_____
LINDA LANE, # 0011451IA
Assistant United States Attorney