UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.  4:17 CR 455 JAR DDN |
| DANIEL HARRIS, | ) ) ) | |
| Defendant. | ) | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COME Now Jeffery B. Jensen, United States Attorney for the Eastern District of Missouri, and Linda R. Lane, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

JEFFERY B. JENSEN
United States Attorney

/s/ *Linda Lane*
LINDA R. LANE, # 0011451IA
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200