UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:17CR00455JAR |
| ) | |
| DANIEL HARRIS, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendant's Motion to Continue the Trial. (Doc. No. 43.) For good cause shown,

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue the Trial [Doc. No. 43] is **GRANTED**. Pursuant to 18 U.S.C. § 3161(h)(7), the interests of justice are served by a continuance, that the interests of justice outweigh the interest of the public and Defendant in a speedy trial, and that, therefore, any time elapsed is excludable time under the Speedy Trial Act. The jury trial of this matter is continued to **Monday, November 18, 2024 at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the Final Pretrial Conference scheduled for September 12, 2024 is **VACATED**.

**IT IS FURTHER ORDERED** that the Court will hold a Status Conference/*Frye* Hearing on **September 27, 2024 at 11:00 a.m.** Defendant and all counsel are required to appear.

Dated this 11th day of September, 2024.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**